IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| American Chemical Society,<br><br>　　　Plaintiff,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.CC,<br>JOHN DOEs 1-99,<br><br>　　　Defendants. | No. 1:17-cv-00726-LMB-JFA |

**PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION AND EMAIL**

Plaintiff American Chemical Society ("Plaintiff"), by counsel, moves this Court, in accordance with the attached Memorandum of Law, for an Order directing that Plaintiff publish notice of this action in either *The Washington Post* or *The Washington Times* within fourteen (14) days after entry of this Order and serve Defendants by e-mail to the known e-mail addresses service@todaynic.com, admin@sci-hub.io, support@sci-hub.org, sci-hub.org@gmail.com, and 5438063a3qami6zo@5225b4d0pi3627q9@whoisprivacycorp.com.

Dated: July 17, 2017    By:    　/s/ Attison L. Barnes. III /s/　
　　　　　　　　　　　　　　　　Attison L. Barnes, III (VA Bar No. 30458)
　　　　　　　　　　　　　　　　David E. Weslow (for *pro hac vice*)
　　　　　　　　　　　　　　　　Matthew J. Gardner (for *pro hac vice*)
　　　　　　　　　　　　　　　　WILEY REIN LLP
　　　　　　　　　　　　　　　　1776 K St. NW
　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　(202) 719-7000 (phone)
　　　　　　　　　　　　　　　　abarnes@wileyrein.com
　　　　　　　　　　　　　　　　dweslow@wileyrein.com
　　　　　　　　　　　　　　　　mgardner@wileyrein.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　*American Chemical Society*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on July 17, 2017, I electronically filed the foregoing by using the CM/ECF system.  I also sent a copy to the following postal and email addresses associated with Defendant Sci-Hub:

Zhuhai Yingxun Keji Limited
Zhuhai 5190000 (CN)

service@todaynic.com
admin@sci-hub.io
support@sci-hub.org
sci-hub.org@gmail.com
5438063a3qami6zo@5225b4d0pi3627q9@whoisprivacycorp.com.

   /s/ Attison L. Barnes, III /s/
Attison  L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax:  (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*American Chemical Society*