## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| American Chemical Society,<br><br>     Plaintiff,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.CC,<br>JOHN DOEs 1-99,<br><br>     Defendants. | No. 1:17-cv-00726-LMB-JFA |

### <u>NOTICE OF WAIVER OF HEARING</u>

Pursuant to Local Civil Rule 7(J) and Fed. R. Civ. P. 78, Plaintiff American Chemical

Society, by counsel, hereby waives hearing and submits Plaintiff's Motion for Service by

Publication and Email for disposition upon the briefs of counsel.

Dated: July 17, 2017    By:    <u>  /s/ Attison L. Barnes. III /s/            </u>
                                        Attison L. Barnes, III (VA Bar No. 30458)
                                        David E. Weslow (for *pro hac vice)*
                                        Matthew J. Gardner (for *pro hac vice)*
                                        WILEY REIN LLP
                                        1776 K St. NW
                                        Washington, DC 20006
                                        (202) 719-7000 (phone)
                                        abarnes@wileyrein.com
                                        dweslow@wileyrein.com
                                        mgardner@wileyrein.com

                                        *Counsel for Plaintiff*
                                        *American Chemical Society*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on July 17, 2017, I electronically filed the

foregoing by using the CM/ECF system.  I also sent a copy to the following postal and email

addresses associated with Defendant Sci-Hub:

Zhuhai Yingxun Keji Limited
Zhuhai 5190000 (CN)

service@todaynic.com
admin@sci-hub.io
support@sci-hub.org
sci-hub.org@gmail.com
5438063a3qami6zo@5225b4d0pi3627q9@whoisprivacycorp.com.

/s/ Attison L. Barnes, III /s/
Attison  L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax:  (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*American Chemical Society*