IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY,<br><br>    Plaintiff,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.CC, JOHN DOEs 1-99,<br><br>    Defendants. | No. 1:17-cv-00726-LMB-JFA |

## DECLARATION OF ARI MELTZER

I, Ari Meltzer, hereby declare as follows:

1. I am an attorney with the law firm Wiley Rein LLP, counsel for Plaintiff American Chemical Society.

2. I am a member in good standing of the State Bars of Maryland and the District of Columbia.

3. I submit this Declaration pursuant to the Court's Order To Publish Notice of Action, entered July 17, 2017 (the "Order"). The Court ordered Plaintiff to publish a copy of the Order in *The Washington Post* or *The Washington Times* once within fourteen (14) days after entry of the Order. The Court also ordered Plaintiff to advise the Court of the steps taken to comply with the Order.

4. To comply with this Order, I arranged to have a copy of the Order published in *The Washington Times* advising the Defendants of Plaintiff's action.

5. A true and accurate affidavit from Daschelle D. Addison, authorized agent of *The Washington Times* attesting that the Order was published in *The Washington Times* on July 27, 2017, is attached hereto as **Exhibit A**.

6. Moreover, on July 17, 2017, I caused a copy of the Order to be served by electronic mail via the e-mail addresses service@todaynic.com, admin@sci-hub.io, support@sci-hub.org, sci-hub.org@gmail.com, and 5438063a3qami6zo@5225b4d0pi3627q9.whoisprivacycorp.com.. A true and accurate copy of the e-mail service is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2017 in Washington, District of Columbia.

Ari Meltzer
WILEY REIN LLP
1776 K Street N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ameltzer@wileyrein.com

2

## **CERTIFICATE OF SERVICE**

I, Attison L. Barnes, III, hereby certify that on August 1, 2017, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to the following postal and email addresses associated with Defendant Sci-Hub:

Zhuhai Yingxun Keji Limited
Zhuhai 5190000 (CN)

service@todaynic.com
admin@sci-hub.io
support@sci-hub.org
sci-hub.org@gmail.com
5438063a3qami6zo@5225b4d0pi3627q9@whoisprivacycorp.com

   /s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff American Chemical Society*