# Exhibit A

## AFFIDAVIT OF PUBLICATION

AD # 14955059

TO WIT:

I hereby certify that on the 27th day of July, 2017, before me,
the subscriber, DASCHELLE D. ADDISON , a notary public,
that the matters of facts set forth are true.
SHALIQUE JONES , who being duly sworn according to law,
and oath says that he is an
AUTHORIZED AGENT of THE WASHINGTON TIMES,
L.L.C., publisher of

# The Washington Times

Circulated daily, in the
*Stah of Virginia County of Meryland* and that the
advertisement of which the annexed is a true copy, was published
in said newspaper 1 times(s) on the following dates:

Thursday, July 27, 2017

Total cost $305.55 Dollars

As witness, my hand and notarial
seal.

Notary Public _____

My Commission
Expires _____

DASCHELLE D. ADDISON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2020

9600

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMERICAN CHEMICAL SOCIETY,

    Plaintiff,

v.                  No. 1:17-cv-00726-LMB-JFA

SCI-HUB d/b/a WWW.SCHI-HUB.CC,
JOHN DOEs 1-99,

    Defendants.

### ORDER FOR SERVICE BY
### PUBLICATION AND EMAIL



Upon consideration of Plaintiff's Motion for Alternate Service and Plaintiff's Memorandum of Law in support thereof, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in either *The Washington Post or The Washington Times* within fourteen (14) days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after the entry of this Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiff shall serve a copy of this Order on Defendants via the e-mail addresses service@todayniic.com, admin@sci-hub.io, support@sci-hub.org, sci-hub.org@gmail.com, and 5438063a3qami6zo@5225b4d0pj3627q9@whoisprivacycorp.com.

3. That Defendants are hereby advised:

    A. Plaintiff has filed a Verified Complaint charging the Defendants with direct and contributory copyright infringement under the Copyright Act, 17 U.S.C. § 101, trademark counterfeiting and infringement under the Lanham Act, 15 U.S.C. § 1114(1), and conversion under Virginia law (the "Counts"). A copy of the Verified Complaint may be obtained from Plaintiff's counsel, David E. Weslow, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, telephone (202)719-7000.

    B. In the event the Plaintiff prevails under the Counts, remedies could include injunctive relief, monetary damages, and/or attorney's fees.

    C. Any answer or other response to the Verified Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty-one (21) days from the date of publication of this Order in either *The Washington Post or The Washington Times*. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against Defendants.

4. That the foregoing steps shall be deemed to constitute service of the Verified Complaint on Defendants Sci-Hub and John Does 1-99 pursuant to the Federal Rules of Civil Procedure.

Entered this 17th day of July, 2017.

                       /s/ Leonie M. Brinkema
                       United States District Judge