# CIVIL MOTION MINUTES

Date: 11/03/17                                    Judge: Brinkema
                                                  Reporter: A. Thomson
Time:  10:07am – 10:17am

Civil Action Number: 1:17cv726

  American Chemical Society     vs.   John Does 1-99 et al

Appearances of Counsel for       (X) Pltf        (X) Deft

Motion to/for:

 #24 Motion for Leave to File a Brief

Argued &
( ) Granted   (X) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to

( ) Memorandum Opinion to Follow

(X) Order to follow