IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-726 (LMB/JFA) |
| ) | |
| JOHN DOES 1-99, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Motion of the Computer and Communications Industry Association for Leave to File a Brief as <u>Amicus Curiae</u> in Support of Objections to Magistrate Judge's Proposed Findings of Fact and Recommendations [Dkt. No. 24] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of November, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge