IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY,<br><br>　　Plaintiff,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.CC, JOHN DOEs 1-99,<br><br>　　Defendants. | No. 1:17-cv-00726-LMB-JFA |

**[PROPOSED] AMENDED PERMANENT INJUNCTION**

This action comes before the Court on Plaintiff American Chemical Society's ("ACS") Motion to Amend Permanent Injunction. Having reviewed the Motion and the supporting documentation, it is hereby:

ORDERED that Plaintiff's Motion to Amend Permanent Injunction shall be, and hereby is, GRANTED; and it is further

ORDERED that the injunctive relief provided herein shall amend the injunctive relief provided in the Court's Order dated November 3, 2017 (ECF No. 33); and it is further

ORDERED that Defendant Sci-Hub, together with its officers, directors, principals, agents, servants, employees, successors and assigns, and all those in active concert or participation with them, are jointly and severally enjoined from:

　　a. Copying, distributing, altering, displaying, hosting, selling and/or promoting any works registered to Plaintiff ACS with the United States Copyright Office ("ACS's Copyrighted Works"), including but not limited the works identified on Exhibit E to the FAVC;

b. Using any copy or colorable imitation of a mark registered to Plaintiff ACS with the United States Patent and Trademark Office (the "ACS Marks"), including but not limited the marks identified on Exhibit F to the FAVC, in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, printing, importation, production, circulation, or distribution of any product or service, in such fashion as to relate or connect such product in any way to ACS, or to any goods sold, manufactured, sponsored, approved by, or connected with ACS; and

c. Engaging in any other activity constituting an infringement of the ACS Marks or ACS's Copyrighted Works, or constituting any damage to ACS's name, reputation, or goodwill; and it is FURTHER

ORDERED that any person or entity in active concert or participation with Defendant Sci-Hub and with notice of the injunction, including any Internet search engines, web hosting and Internet service providers, domain name registrars, domain name registries, and other service or software providers, cease facilitating access to any or all domain names, websites, and services through which Defendant Sci-Hub engages in unlawful access to, use, reproduction, and distribution of the ACS Marks or ACS's Copyrighted Works (including, but not limited to, the domain names sci-hub.ac, sci-hub.biz, sci-hub.bz, sci-hub.cc, sci-hub.cf, sci-hub.cn, sci-hub.ga, sci-hub.gq, sci-hub.io, sci-hub.hk, sci-hub.is, sci-hub.la, sci-hub.name, sci-hub.nu, sci-hub.nz, sci-hub.onion, scihub22266oqcxt.onion, sci-hub.org, sci-hub.tv, sci-hub.tw, sci-hub.ws, and any other domain names now or hereafter used by Defendant Sci-Hub, as well as browser extensions and other services and tools used to provide direct access to domain names and websites through which Defendant Sci-Hub engages in unlawful access to, use, reproduction, and distribution of the ACS Marks or ACS's Copyrighted Works); and it is FURTHER

- 3 -

ORDERED that the domain name registries and/or registrars for Defendant Sci-Hub's domain names and websites (including, but not limited to, the domain names sci-hub.ac, sci-hub.biz, sci-hub.bz, sci-hub.cc, sci-hub.cf, sci-hub.cn, sci-hub.ga, sci-hub.gq, sci-hub.io, sci-hub.hk, sci-hub.is, sci-hub.la, sci-hub.name, sci-hub.nu, sci-hub.nz, sci-hub.onion, scihub22266oqcxt.onion, sci-hub.org, sci-hub.tv, sci-hub.tw, sci-hub.ws, and any other domain names now or hereafter used by Defendant Sci-Hub), or their technical administrators, shall place the domain names on registryHold/serverHold or such other status to render the names/sites non-resolving.

SO ORDERED this _____ day of _____, 2018.

_____
U.S. District Judge Leonie M. Brinkema