**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| American Chemical Society,<br><br>    Plaintiff,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.CC,<br>JOHN DOEs 1-99,<br><br>    Defendants. | No. 1:17-cv-00726-LMB-JFA |

**NOTICE OF WAIVER OF HEARING**

Pursuant to Local Civil Rule 7(J) and Fed. R. Civ. P. 78, Plaintiff American Chemical Society, by counsel, hereby waives hearing and submits Plaintiff's Motion to Amend Permanent Injunction for disposition upon the briefs of counsel.[1]

Dated: March 28, 2018        By:        /s/ Attison L. Barnes. III /s/
                                                    Attison L. Barnes, III (VA Bar No. 30458)
                                                    David E. Weslow (for *pro hac vice*)
                                                    WILEY REIN LLP
                                                    1776 K St. NW
                                                    Washington, DC 20006
                                                    (202) 719-7000 (phone)
                                                    abarnes@wileyrein.com
                                                    dweslow@wileyrein.com

                                                    *Counsel for Plaintiff
                                                    American Chemical Society*

---

[1] Defendant Sci-Hub is in default and, therefore, Plaintiff does not expect Defendant to file a brief or response.

## **CERTIFICATE OF SERVICE**

Because Defendant Sci-Hub is in default, service of the foregoing is not required.  *See* Fed. R. Civ. P. 55(b)(2).  Nevertheless, on March 28, 2018, I caused a copy to be sent to the following postal and email addresses associated with Defendant Sci-Hub and the domain names that are the subject of the instant motion:

    Sci-Hub
    c/o Alexandra Elbakyan
    Teslenko, 275
    Almaty 050014 (KZ)
    sci-hub@tuta.io
    bulletproofweb@gmail.com
    sci-hub.org@gmail.com

    Centrafrique T LD B.V.
    Dot CF administrator
    P.O. Box 11774
    1001 GT Amster dam
    Netherlands
    copyright@freenom.com (sci-hub.cf)

    Gabon TLD B.V.
    P.O. Box 11774
    1001 GT Amste rdam
    Netherlands
    copyright@freenom.com (sci-hub.ga)

    Equatorial Guinea Domains B.V.
    Dominio GQ administrator
    P.O. Box 11774
    1001 GT Amsterdam
    Netherlands
    copyright@freenom.com (sci-hub.gq)

    1337 Services LLC
    P.O. Box 590
    Charlestown, KN 0000 (Saint Kitts and Nevis)
    isnic@njal.la (sci-hub.is)
    whois+sci-hub.nz@njal.la (sci-hub.nz)

    19781002@qq.com (sci-hub.cn)

/s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*American Chemical Society*